UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ANN HOPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-01263 - JLT<br><br>ORDER STRIKING PLAINTIFF'S REPLY BRIEF AS UNTIMELY |

　　　Melissa Hopson ("Plaintiff") filed an opening brief in this action on April 4, 2014, 2014 (Doc. 13), to which Caroling Colvin, Acting Commissioner of Social Security ("Commissioner") filed a responsive brief on May 1, 2014. (Doc. 14.) On May 19, 2014, Plaintiff filed a brief in reply to the Commissioner's opposition. (Doc. 15.)

　　　Importantly, the Scheduling Order issued by the Court on August 14, 2013 provided a briefing schedule for the parties in this action. (Doc. 6-1.) In relevant part, the Scheduling Order states:

> 　　　Respondent's responsive brief shall be filed with the court and served on appellant within thirty (30) days after service of appellant's opening brief.
>
> 　　　Appellant's reply brief shall be filed with the court and served on respondent within fifteen (15) days after service of respondent's brief.

(*Id.* at 3.) Consequently, any reply was to be filed no later than fifteen days after the Commissioner filed a responsive brief on May 1, 2014. Although the Scheduling Order explains that an extension of

time may be granted by stipulation of the parties or upon written motion (Doc. 6-1 at 4), Plaintiff did not file a stipulation or seek leave of the Court to file an untimely reply.

The Ninth Circuit has explained that "[a] scheduling order 'is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992) (quoting *Gestetner Corp. v. Case Equip. Co.*, 108 F.R.D. 138, 141 (D. Maine 1985)).  Once entered by the court, a scheduling order "controls the course of the action unless the court modifies it," Fed.R.Civ.P. 16(d), and good cause must be shown for modification. Fed.R.Civ.P. 16(b)(4).  Here, Plaintiff has not provided a reason for the delay, and has not demonstrated good cause for modification of the Court's Scheduling Order.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's reply brief (Doc. 15) is **STRICKEN** as untimely and in violation of the Court's Scheduling Order.

IT IS SO ORDERED.

Dated:   **May 20, 2014**             /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE