UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA HOPSON,<br><br>             Plaintiff,<br><br>      v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:13-cv-01263- JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 19) |

On November 13, 2014, Plaintiff Melissa Hopson and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 19).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $7,000.00 is **AWARDED** to Plaintiff, Melissa Hopson.

IT IS SO ORDERED.

Dated:   **March 13, 2015**               /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE